# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| INTERSTATE NATURAL GAS ASSOCIATION OF AMERICA,<br><br>*Petitioner*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Respondent*. | Case No.: 24-1115 |

## PETITION FOR REVIEW

Pursuant to Section 307(b)(1) of the Clean Air Act, 42 U.S.C. § 7607(b)(1), Federal Rule of Appellate Procedure 15(a), and D.C. Circuit Rule 15, the Interstate Natural Gas Association of America hereby petitions this Court for review of Respondent United States Environmental Protection Agency's final rule entitled "Standards of Performance for New, Reconstructed, and Modified Sources and Emissions Guidelines for Existing Sources: Oil and Natural Gas Sector Climate Review." 89 Fed. Reg. 16,820 (Mar. 8, 2024).

Dated: May 7, 2024

Respectfully submitted,

/s/ *Allison D. Wood*
Allison D. Wood
Makram B. Jaber
MCGUIRE WOODS LLP
888 16th Street N.W., Suite 500
Black Lives Matter Plaza
Washington, DC 20006
(202) 857-1700
awood@mcguirewoods.com
mjaber@mcguirewoods.com

*Counsel for Interstate Natural Gas Association of America*

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| INTERSTATE NATURAL GAS ASSOCIATION OF AMERICA, <br><br> *Petitioner*, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, <br><br> *Respondent*. | Case No.: 24-1115 |

## RULE 26.1 STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and D.C. Circuit Rule 26.1, the Interstate Natural Gas Association of America ("INGAA") hereby states that INGAA is a national trade association that represents interstate natural gas transmission pipeline companies. INGAA has no parent corporation, and no publicly held corporation has a 10% or greater ownership in INGAA.

Dated: May 7, 2024

Respectfully submitted,

/s/ *Allison D. Wood*
Allison D. Wood
Makram B. Jaber
MCGUIRE WOODS LLP
888 16th Street N.W., Suite 500
Black Lives Matter Plaza
Washington, DC 20006
(202) 857-1700
awood@mcguirewoods.com
mjaber@mcguirewoods.com

*Counsel for Interstate Natural Gas Association of America*

# CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing Petition for Review and Rule 26.1 Statement to be served by U.S. Mail, postage prepaid, addressed to the following:

Hon. Michael S. Regan
Office of the Administrator (1101A)
United States Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Hon. Merrick Garland
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Correspondence Control Unit
Office of General Counsel (2310A)
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

Hon. Todd Kim
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Dated: May 7, 2024

/s/ *Allison D. Wood*
Allison D. Wood
*Counsel for Interstate Natural Gas Association of America*